COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      David E. Kaup v. Texas Workforce Commission and Global Security Consulting, Global Security Associates

Appellate case number:   01-14-00084-CV

Trial court case number:  2013-12368

Trial court:             270th District Court of Harris County

On January 27, 2014, David E. Kaup filed an Affidavit of Inability to Pay Court Costs in this Court. The affidavit was forwarded to the trial court and a clerk's record on indigence was returned on February 28, 2014.

Although a contest to the affidavit was filed, the trial court did not sign an order sustaining the contest within ten days. Therefore, the allegations of the affidavit are deemed true, and David E. Kaup will be allowed to proceed without advanced payment of costs. *See* Tex. R. App. P. 20.1(i).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

           ☑ Acting individually    ☐ Acting for the Court

Date: March 4, 2014